INTERPRETER

# U.S. District Court
# Southern District of Florida (Ft Lauderdale)
# CRIMINAL DOCKET FOR CASE #: 0:15–mj–06522–PMH–1
## *Internal Use Only*

Case title: USA v. Zapata

Date Filed: 12/08/2015
Date Terminated: 12/08/2015

Assigned to: Magistrate Judge Patrick M. Hunt

### Defendant (1)

**Pedro Jose Fernandez Zapata**  represented by  **Noticing FPD–FTL**
10950–104                                             (954) 356–7436
*YOB 1979 SPANISH*                                    Email: ftl_ecf@fd.org
*TERMINATED: 12/08/2015*                              *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Public Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:846; 21:963; 21:959; 46:70503(a) | |

### Plaintiff

**USA**  represented by  **Jennifer Andrene Keene**
United States Attorney's Office
500 E Broward Boulevard
7th Floor

1

Fort Lauderdale, FL 33301–3002
954–660–5796
Fax: 356–7336
Email: Jennifer.Keene@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/07/2015 |  | 4 | Arrest of Pedro Jose Fernandez Zapata (dd) (Entered: 12/08/2015) |
| 12/08/2015 | 1 | 3 | Magistrate Removal of Indictment from Eastern District of Texas. Case number in the other District 4:15–CR–155 as to Pedro Jose Fernandez Zapata (1). (dby) (Entered: 12/08/2015) |
| 12/08/2015 | 2 | 5 | Report Commencing Criminal Action as to Pedro Jose Fernandez Zapata – YOB: **/**/1979 Prisoner #: 10950–104 (dd) (Entered: 12/08/2015) |
| 12/08/2015 | 3 | 6 | Order on Initial Appearance as to Pedro Jose Fernandez Zapata for proceeding held on 12/8/2015 Attorney Noticing FPD–FTL for Pedro Jose Fernandez Zapata added for the defendant. Defendant waives removal/ID hearing and defers bond hearing until arrival in district of offense. Signed by Magistrate Judge Patrick M. Hunt on 12/8/2015. (dd) (Entered: 12/08/2015) |
| 12/08/2015 | 4 | 7 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Pedro Jose Fernandez Zapata (dd) (Entered: 12/08/2015) |
| 12/08/2015 | 5 | 8 | Minute Entry for proceedings held before Magistrate Judge Patrick M. Hunt: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Pedro Jose Fernandez Zapata held on 12/8/2015. Spanish Interpreter present. (Digital 11:06:40) (dd) (Entered: 12/08/2015) |
| 12/08/2015 | 6 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Pedro Jose Fernandez Zapata. Defendant committed to District of ED/Texas. Closing Case for Defendant. Signed by Magistrate Judge Patrick M. Hunt on 12/8/2015. (dd) **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014–69.** (Entered: 12/08/2015) |

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Jennifer Andrene Keene (jelenia.weeks@usdoj.gov,
jennifer.keene@usdoj.gov, usafls-brdkt@usdoj.gov), Magistrate Judge Patrick M. Hunt
(hunt@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:14556795@flsd.uscourts.gov
Subject:Activity in Case 0:15-mj-06522-PMH USA v. Zapata Magistrate Removal In
```
Content–Type: text/html

# U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 12/8/2015 at 7:42 AM EST and filed on 12/8/2015

| | |
|---|---|
| **Case Name:** | USA v. Zapata |
| **Case Number:** | 0:15–mj–06522–PMH |
| **Filer:** | |
| **Document Number:** | 1 |

**Docket Text:**
 **Magistrate Removal of Indictment from Eastern District of Texas. Case number in the other District 4:15–CR–155 as to Pedro Jose Fernandez Zapata (1). (dby)**


**0:15–mj–06522–PMH–1 Notice has been electronically mailed to:**

Jennifer Andrene Keene   Jennifer.Keene@usdoj.gov, Jelenia.Weeks@usdoj.gov, USAFLS–BRDKT@usdoj.gov

**0:15–mj–06522–PMH–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

The following document(s) are associated with this transaction:

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Jennifer Andrene Keene (jelenia.weeks@usdoj.gov,
jennifer.keene@usdoj.gov, usafls-brdkt@usdoj.gov), Magistrate Judge Patrick M. Hunt
(hunt@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:14558304@flsd.uscourts.gov
Subject:Activity in Case 0:15-mj-06522-PMH USA v. Zapata Arrest
```
Content–Type: text/html

# U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 12/8/2015 at 11:36 AM EST and filed on 12/7/2015

| | |
|---|---|
| **Case Name:** | USA v. Zapata |
| **Case Number:** | 0:15–mj–06522–PMH |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest of Pedro Jose Fernandez Zapata (dd)**


**0:15–mj–06522–PMH–1 Notice has been electronically mailed to:**

Jennifer Andrene Keene   Jennifer.Keene@usdoj.gov, Jelenia.Weeks@usdoj.gov, USAFLS–BRDKT@usdoj.gov

**0:15–mj–06522–PMH–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

**UNITED STATES DISTRICT COURT**
Southern District of Florida

Case Number: 4:15CR   15MJ06522

UNITED STATES OF AMERICA )
                 Plaintiff )
                           ) REPORT COMMENCING CRIMINAL
         -VS-              ) ACTION
                           )
PEDRO JOSE FERNANDEZ ZAPATA ) 10950-104
         Defendant         ) USMS NUMBER
*************************************************************

TO: Clerk's Office   MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court           FT. PIERCE
                    (circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.
*************************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: DEC 7, 2015   12:15   am/(pm)

(2) Language Spoken: SPANISH / ENGLISH

(3) Offense(s) Charged: TITLE 21 USC 846, USC 963, USC 959

(4) U.S. Citizen [ ] Yes   [X] No   [ ] Unknown

(5) Date of Birth: JUNE 21, 1977

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint to be filed/already filed
    Case# 4:15CR155

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: EASTERN DISTRICT OF TEXAS

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [X]YES  [ ]NO

Amount of Bond: $ N/A
Who set Bond: _____

(7) Remarks: _____

(8) Date: 12/8/15     (9) Arresting Officer: S/A JOE MATA (DEA)

(10) Agency: DEA              (11) Phone: 214-882-3276

(12) Comments: _____

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-6522-HUNT

UNITED STATES OF AMERICA
    Plaintiff,

**ORDER ON INITIAL APPEARANCE**

vs.

Language: **Spanish**

AUSA: Jennifer Keene

PEDRO JOSE FERNANDEZ ZAPATA,
    Defendant.
_____/

The above-named defendant having been arrested on 12/7/2015 and having appeared before the court for initial appearance on 12/8/2015 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:

1. _____
appeared as permanent/temporary counsel of record.

2. FEDERAL PUBLIC DEFENDER/~~CJA~~ _Jan Smith – Duty_____
appointed as counsel of record.

3. **The defendant shall attempt to retain counsel and shall appear before the court at** _____ **on** _____ **before Duty Magistrate Judge Ftl.**

4. **Arraignment/Preliminary/Removal/Identity** hearing ~~is set for~~ _Waived_____ before **Duty Magistrate Judge Ftl.**

5. **A Detention/Bond Hearing**, pursuant to 18 U.S.C. Section 3142(f), is set for _____ **before Duty Magistrate Judge Ftl.**

6. _____ No Bond Hearing Held. Both sides stipulate to a $250,000 CSB w/Nebbia; reserving the right to a PTD hearing at a later date
    __✓__ No Bond Hearing Held. Hearing deferred until arrival in other district.

7. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142: _____
The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. _____ **Final Revocation Hearing** to be held before the assigned District Judge.

    **DONE AND ORDERED** at Fort Lauderdale, Florida this _8th_ day of _December_, 20_15_.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 15-6522-HUNT

UNITED STATES OF AMERICA
    Plaintiff,

vs.

PEDRO JOSE FERNANDEZ ZAPATA,
    Defendant.
_____/

## WAIVER OF REMOVAL HEARING

I, Pedro Jose Fernandez Zapata, charged in a proceeding pending in the Eastern District of Texas, with a Superseding Indictment charging 21:846; 21:963;; 21:959 and 46:70503(a) and having been arrested in the Southern District of Florida and taken before Patrick M. Hunt, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate judge and consent to the issuance of a warrant for my removal to the Eastern District of Texas where the aforesaid charge is pending against me.

12/8/15
Date

_____
Signature of Defendant

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

7

# COURT MINUTES
## United States Magistrate Judge Patrick M. Hunt

Date: 12/8/2015   Time: 11:00am

Defendant: Pedro Zapata (J) ✓    J#: _____    Case #: 15-6522-Hunt

AUSA: Jennifer Keene ✓    Attorney: Jan Smith – Duty

Violation: Removal to the Eastern District of Texas [21:846; 21:963; 21:959; 46:70503(a)]

Proceeding: Initial Appearance    CJA Appt: _____

Bond/PTD Held: ○ Yes  ○ No    Recommended Bond: _____

Bond Set at: _____    Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: Spanish ✓

Disposition:
Deft advised of charges in Texas

Deft sworn for counsel FPD's office appt. — Jan Smith in court

Deft is going to waive removal — Waiver signed

Deft. deferring PTD hrg until arrival in Texas

Commitment to another District signed

**NEXT COURT APPEARANCE**   Date: ___  Time: ___  Judge: ___  Place: ___

Report RE Counsel: _____    Indictment to remain Sealed
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 11:06:40    Time in Court: 10 min
recalled: 11:29:03

Page: 2

8

❧ AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | FLORIDA |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PEDRO JOSE FERNANDEZ ZAPATA | | COMMITMENT TO ANOTHER DISTRICT |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest<br>EASTERN DISTRICT OF TEXAS | District of Offense<br>4:15-CR-155 | District of Arrest<br>SOUTHERN DISTRICT OF FLORIDA | District of Offense<br>15-6522-HUNT |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment ☐ Information ☐ Complaint ☒ Other: **Superseding Indictment**

charging a violation of : 21:846; 21:963; 21:959

**DISTRICT OF OFFENSE:**

EASTERN DISTRICT OF TEXAS

**CHARGES:** 1. Conspiracy to Possess with the Intent to Manufacture and Distribute Cocaine; 2. Conspiracy to Import Cocaine and to Manufacture and Distribute Cocaine Intending and Knowing that the Cocaine will be Unlawfully Imported into the United States; 3. Manufacturing and Distributing Cocaine Intending and Knowing that the Cocaine will be Unlawfully Imported into the United States

**CURRENT BOND STATUS:**
☐ Bail fixed at $ _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☐ No ☒ Yes Language: Spanish

**DISTRICT OF SOUTHERN DISTRICT OF FLORIDA**
TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

December 8, 2015
Date United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

9